AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| ASHRAF KHODEIR, RASHA ELGAHSH, individually and on behalf of, A.K, M.K., AH.K., and AD.K <br> *Plaintiff* <br> v. <br> MARWAN SAYYED and SUBHI SAYYED <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 15-cv-08763 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   MARWAN SAYYED
109 Breakers Lane
Stratford, Connecticut 06615

SUBHI SAYYED
2110 Watson Avenue
Bronx, New York 10472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JENNA COHEN, EKTA DHARIA, AUDRA SOLOWAY
Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas,
New York, NY 10019-6064

MARIANA KOVEL, The Bronx Defenders, 360 East 161st Street, Bronx, NY
10451

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  11/06/2015

/s/ R. Chambers

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 15-cv-08763

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASHRAF KHODEIR, RASHA ELGAHSH, individually and on behalf of, A.K., M.K., AH.K, AND AD.K,

INDEX NUMBER: 15-CV-08763

vs

*Plaintiff*

MARWAN SAYYED and SUBHI SAYYED

*Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Wheatley Heights, New York

That on **11/18/2015** at **5:15 PM** at **2110 Watson Avenue, Bronx, NY 10472**

deponent served a(n) **Summons in a Civil Action and Complaint, Notice of Appearance of Counsel, Civil Cover Sheet, Individual Practices of Judge Deborah A .Batts, Electronic Case Filing Rules & Instructions June 8, 2015 Edition and Addendum**

on **Subhi Sayyed**,

by affixing a true copy of each to the door of said premises, which is defendant's dwelling place/usual place of abode within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having attempted service there:

**11/12/2015 8:22 PM 2110 Watson Avenue, Bronx, NY 10472**
**11/13/2015 7:45 AM 2110 Watson Avenue, Bronx, NY 10472**
**11/13/2015 6:59 PM 2110 Watson Avenue, Bronx, NY 10472**
**11/14/2015 5:19 PM 2110 Watson Avenue, Bronx, NY 10472**

Within 20 days of such affixing deponent mailed a copy of same by first class mail in a postpaid envelope properly addressed to defendant at defendant's last known residence at **2110 Watson Avenue, Bronx, NY 10472**.
Mailed copy on: **11/19/2015**

MILITARY SERVICE: Upon information and belief based upon the conversation(s) and observation(s) as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
19th day of November, 2015

NOTARY PUBLIC
GABRIELA GALINDO
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. # 01GA6187899
COMM EXP. 6/02/2016

Russell Webb
License No. 1216146

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASHRAF KHODEIR, RASHA ELGAHSH, individually and on behalf of, A.K., M.K., AH.K, AND AD.K,

INDEX NUMBER: 15-CV-08763

vs

Plaintiff

MARWAN SAYYED and SUBHI SAYYED

Defendant

### AFFIDAVIT OF SERVICE

State of Connecticut }
County of Hartford } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Connecticut

That on **11/12/2015 at 2:15 PM at Julian's Brick Oven Pizza, 525 Main Street, Monroe, CT**

deponent served a(n) Summons in a Civil Action and Complaint, Notice of Appearance of Counsel, Civil Cover Sheet, Individual Practices of Judge Deborah A .Batts, Electronic Case Filing Rules & Instructions June 8, 2015 Edition and Addendum

on **Marwan Sayyed**

by delivering a true copy of each to said defendant personally;

deponent knew the person so served to be the person described as said defendant therein

Description of Person Served:
Gender: Male
Skin: Middle Eastern
Hair: Black
Age: 36 - 50 Yrs.
Height: Over 6'
Weight: Over 200 Lbs.
Other: Mustache And Beard

MILITARY SERVICE: At the time of service defendant was asked whether he/she was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
16th day of November, 2015

NOTARY PUBLIC
Commission Expires: 08/31/2019

Eric Rubin